

Pay Date - 10/04/2019   Period End Date -
09/29/2019

LYNN STONEROAD ; Employee ID
61236



Hershey Entertainment & Resorts Co.
27 West Chocolate Avenue
Hershey, Pa. 17033

## Hours & Earnings

| Income | Current Hours | YTD Hours | Current Amt | YTD Amt |
|---|---|---|---|---|
| GRATUITIES | 0.00 | 0.00 | 512.95 | 15110.52 |
| HOLIDAY PAY | 0.00 | 8.00 | 0.00 | 202.01 |
| HOLIDAY PAY | 0.00 | 32.00 | 0.00 | 820.16 |
| IMPUTED GRP LIFE | 0.00 | 0.00 | 0.42 | 7.70 |
| PAID TIME OFF | 8.00 | 112.00 | 206.05 | 2870.56 |
| PTO SELLING | 0.00 | 0.00 | 31.08 | 621.60 |
| REGULAR PAY | 72.00 | 1444.00 | 1854.45 | 36933.46 |
| SALARY SICK PAY | 0.00 | 4.00 | 0.00 | 101.00 |
| SPECIAL AWARD | 0.00 | 0.00 | 0.00 | 400.00 |
| Total Wages & Net Pay | | | | |
| TOTALS | 80.00 | 1600.00 | 2604.95 | |
| NET PAY | | | 1460.59 | |

## Taxes & Deductions

| Deduction | Current Amt | YTD Amt |
|---|---|---|
| DENTAL | 7.13 | 142.60 |
| DIRECT DEPOSIT | 760.59 | 17045.69 |
| DIRECT DEPOSIT | 700.00 | 14000.00 |
| FEDERAL TAX | 372.62 | 8953.04 |
| LOCAL SERVIC TAX | 2.00 | 40.00 |
| LOCAL TAX | 51.26 | 1124.69 |
| LOCAL TAX LEVY | 0.00 | 811.50 |
| MEDICAL | 33.68 | 673.60 |
| PA STATE TAX | 78.70 | 1726.52 |
| PA UNEMPLOYMENT | 1.56 | 34.24 |
| SOC.SEC/MEDICARE | 158.96 | 3487.26 |
| SOC.SEC/MEDICARE | 37.18 | 815.59 |
| SUPPLEMENTAL INS | 9.72 | 193.14 |
| TRAVEL REIMBURSE | 0.00 | -285.67 |
| UNITED WAY | 2.00 | 40.00 |
| VISION | 0.23 | 4.60 |
| 401K LOAN | 0.00 | 213.63 |
| 401K LOAN | 170.90 | 3418.00 |
| 401K LOAN | 218.00 | 4360.00 |



**Pay Date - 9/20/2019  Period End Date - 09/15/2019**

LYNN STONEROAD ; Employee ID 61236



Hershey Entertainment & Resorts Co.
27 West Chocolate Avenue
Hershey, Pa. 17033

## Hours & Earnings

| Income | Current Hours | YTD Hours | Current Amt | YTD Amt |
|---|---|---|---|---|
| GRATUITIES | 0.00 | 0.00 | 233.14 | 14597.57 |
| HOLIDAY PAY | 0.00 | 8.00 | 0.00 | 202.01 |
| HOLIDAY PAY | 8.00 | 32.00 | 206.05 | 820.16 |
| IMPUTED GRP LIFE | 0.00 | 0.00 | 0.42 | 7.28 |
| PAID TIME OFF | 0.00 | 104.00 | 0.00 | 2664.51 |
| PTO SELLING | 0.00 | 0.00 | 31.08 | 590.52 |
| REGULAR PAY | 72.00 | 1372.00 | 1854.45 | 35079.01 |
| SALARY SICK PAY | 0.00 | 4.00 | 0.00 | 101.00 |
| SPECIAL AWARD | 0.00 | 0.00 | 0.00 | 400.00 |
| Total Wages & Net Pay | | | | |
| TOTALS | 80.00 | 1520.00 | 2325.14 | |
| NET PAY | | | 1278.10 | |

## Taxes & Deductions

| Deduction | Current Amt | YTD Amt |
|---|---|---|
| DENTAL | 7.13 | 135.47 |
| DIRECT DEPOSIT | 578.10 | 16285.10 |
| DIRECT DEPOSIT | 700.00 | 13300.00 |
| FEDERAL TAX | 311.06 | 8580.42 |
| LOCAL SERVIC TAX | 2.00 | 38.00 |
| LOCAL TAX | 45.67 | 1073.43 |
| LOCAL TAX LEVY | 0.00 | 811.50 |
| MEDICAL | 33.68 | 639.92 |
| PA STATE TAX | 70.11 | 1647.82 |
| PA UNEMPLOYMENT | 1.39 | 32.68 |
| SOC.SEC/MEDICARE | 141.61 | 3328.30 |
| SOC.SEC/MEDICARE | 33.12 | 778.41 |
| SUPPLEMENTAL INS | 9.72 | 183.42 |
| TRAVEL REIMBURSE | 0.00 | -285.67 |
| UNITED WAY | 2.00 | 38.00 |
| VISION | 0.23 | 4.37 |
| 401K LOAN | 0.00 | 213.63 |
| 401K LOAN | 170.90 | 3247.10 |
| 401K LOAN | 218.00 | 4142.00 |

Case 1:19-bk-04592-HWV    Doc 12    Filed 11/07/19    Entered 11/07/19 12:27:56    Desc
Main Document    Page 2 of 5



**MyPath.HersheyPA.com**

Pay Date - 9/06/2019  Period End Date - 09/01/2019

LYNN STONEROAD ; Employee ID 61236



Hershey Entertainment & Resorts Co.
27 West Chocolate Avenue
Hershey, Pa. 17033

## Hours & Earnings

| Income | Current Hours | YTD Hours | Current Amt | YTD Amt |
|---|---|---|---|---|
| GRATUITIES | 0.00 | 0.00 | 355.06 | 14364.43 |
| HOLIDAY PAY | 0.00 | 8.00 | 0.00 | 202.01 |
| HOLIDAY PAY | 0.00 | 24.00 | 0.00 | 614.11 |
| IMPUTED GRP LIFE | 0.00 | 0.00 | 0.42 | 6.86 |
| PAID TIME OFF | 40.00 | 104.00 | 1030.25 | 2664.51 |
| PTO SELLING | 0.00 | 0.00 | 31.08 | 559.44 |
| REGULAR PAY | 40.00 | 1300.00 | 1030.25 | 33224.56 |
| SALARY SICK PAY | 0.00 | 4.00 | 0.00 | 101.00 |
| SPECIAL AWARD | 0.00 | 0.00 | 0.00 | 400.00 |
| Total Wages & Net Pay | | | | |
| TOTALS | 80.00 | 1440.00 | 2447.06 | |
| NET PAY | | | 1357.61 | |

## Taxes & Deductions

| Deduction | Current Amt | YTD Amt |
|---|---|---|
| DENTAL | 7.13 | 128.34 |
| DIRECT DEPOSIT | 657.61 | 15707.00 |
| DIRECT DEPOSIT | 700.00 | 12600.00 |
| FEDERAL TAX | 337.88 | 8269.36 |
| LOCAL SERVIC TAX | 2.00 | 36.00 |
| LOCAL TAX | 48.11 | 1027.76 |
| LOCAL TAX LEVY | 0.00 | 811.50 |
| MEDICAL | 33.68 | 606.24 |
| PA STATE TAX | 73.85 | 1577.71 |
| PA UNEMPLOYMENT | 1.47 | 31.29 |
| SOC.SEC/MEDICARE | 149.17 | 3186.69 |
| SOC.SEC/MEDICARE | 34.89 | 745.29 |
| SUPPLEMENTAL INS | 9.72 | 173.70 |
| TRAVEL REIMBURSE | 0.00 | -285.67 |
| UNITED WAY | 2.00 | 36.00 |
| VISION | 0.23 | 4.14 |
| 401K LOAN | 0.00 | 213.63 |
| 401K LOAN | 170.90 | 3076.20 |
| 401K LOAN | 218.00 | 3924.00 |



Pay Date - 8/23/2019  Period End Date - 08/18/2019

LYNN STONEROAD ; Employee ID 61236



Hershey Entertainment & Resorts Co.
27 West Chocolate Avenue
Hershey, Pa. 17033

## Hours & Earnings

| Income | Current Hours | YTD Hours | Current Amt | YTD Amt |
|---|---|---|---|---|
| GRATUITIES | 0.00 | 0.00 | 384.26 | 14009.37 |
| HOLIDAY PAY | 0.00 | 8.00 | 0.00 | 202.01 |
| HOLIDAY PAY | 0.00 | 24.00 | 0.00 | 614.11 |
| IMPUTED GRP LIFE | 0.00 | 0.00 | 0.42 | 6.44 |
| PAID TIME OFF | 0.00 | 64.00 | 0.00 | 1634.26 |
| PTO SELLING | 0.00 | 0.00 | 31.08 | 528.36 |
| REGULAR PAY | 80.00 | 1260.00 | 2060.50 | 32194.31 |
| SALARY SICK PAY | 0.00 | 4.00 | 0.00 | 101.00 |
| SPECIAL AWARD | 0.00 | 0.00 | 0.00 | 400.00 |
| Total Wages & Net Pay | | | | |
| TOTALS | 80.00 | 1360.00 | 2476.26 | |
| NET PAY | | | 1376.65 | |

## Taxes & Deductions

| Deduction | Current Amt | YTD Amt |
|---|---|---|
| DENTAL | 7.13 | 121.21 |
| DIRECT DEPOSIT | 676.65 | 15049.39 |
| DIRECT DEPOSIT | 700.00 | 11900.00 |
| FEDERAL TAX | 344.31 | 7931.48 |
| LOCAL SERVIC TAX | 2.00 | 34.00 |
| LOCAL TAX | 48.69 | 979.65 |
| LOCAL TAX LEVY | 0.00 | 811.50 |
| MEDICAL | 33.68 | 572.56 |
| PA STATE TAX | 74.75 | 1503.86 |
| PA UNEMPLOYMENT | 1.49 | 29.82 |
| SOC.SEC/MEDICARE | 150.98 | 3037.52 |
| SOC.SEC/MEDICARE | 35.31 | 710.40 |
| SUPPLEMENTAL INS | 9.72 | 163.98 |
| TRAVEL REIMBURSE | 0.00 | -285.67 |
| UNITED WAY | 2.00 | 34.00 |
| VISION | 0.23 | 3.91 |
| 401K LOAN | 0.00 | 213.63 |
| 401K LOAN | 170.90 | 2905.30 |
| 401K LOAN | 218.00 | 3706.00 |



Pay Date - 8/09/2019  Period End Date - 08/04/2019

LYNN STONEROAD ; Employee ID 61236



Hershey Entertainment & Resorts Co.
27 West Chocolate Avenue
Hershey, Pa. 17033

## Hours & Earnings

| Income | Current Hours | YTD Hours | Current Amt | YTD Amt |
|---|---|---|---|---|
| GRATUITIES | 0.00 | 0.00 | 279.95 | 13625.11 |
| HOLIDAY PAY | 0.00 | 8.00 | 0.00 | 202.01 |
| HOLIDAY PAY | 0.00 | 24.00 | 0.00 | 614.11 |
| IMPUTED GRP LIFE | 0.00 | 0.00 | 0.42 | 6.02 |
| PAID TIME OFF | 0.00 | 64.00 | 0.00 | 1634.26 |
| PTO SELLING | 0.00 | 0.00 | 31.08 | 497.28 |
| REGULAR PAY | 80.00 | 1180.00 | 2060.50 | 30133.81 |
| SALARY SICK PAY | 0.00 | 4.00 | 0.00 | 101.00 |
| SPECIAL AWARD | 0.00 | 0.00 | 0.00 | 400.00 |
| Total Wages & Net Pay | | | | |
| TOTALS | 80.00 | 1280.00 | 2371.95 | |
| NET PAY | | | 1276.81 | |

## Taxes & Deductions

| Deduction | Current Amt | YTD Amt |
|---|---|---|
| DENTAL | 7.13 | 114.08 |
| DIRECT DEPOSIT | 576.81 | 14372.74 |
| DIRECT DEPOSIT | 700.00 | 11200.00 |
| FEDERAL TAX | 321.36 | 7587.17 |
| LOCAL SERVIC TAX | 2.00 | 32.00 |
| LOCAL TAX | 46.60 | 930.96 |
| LOCAL TAX LEVY | 31.81 | 811.50 |
| MEDICAL | 33.68 | 538.88 |
| PA STATE TAX | 71.55 | 1429.11 |
| PA UNEMPLOYMENT | 1.42 | 28.33 |
| SOC.SEC/MEDICARE | 144.52 | 2886.54 |
| SOC.SEC/MEDICARE | 33.80 | 675.09 |
| SUPPLEMENTAL INS | 9.72 | 154.26 |
| TRAVEL REIMBURSE | 0.00 | -285.67 |
| UNITED WAY | 2.00 | 32.00 |
| VISION | 0.23 | 3.68 |
| 401K LOAN | 0.00 | 213.63 |
| 401K LOAN | 170.90 | 2734.40 |
| 401K LOAN | 218.00 | 3488.00 |