LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
LYNN H. STONEROAD : CHAPTER 13
:
: CASE NO. 1 - 19 -bk- 04392-HWV
:
:
**Debtor(s)** :

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c)<br>1. Amount agreed to by debtor<br>2. Less amount paid to attorney prior to filing petition<br>3. Balance of compensation to be paid through plan distributions<br>4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 4,000.00<br>$ 1,370.00<br>$ 2,630.00<br>$ |
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)<br>1. Retainer received<br>2. Compensation earned prepetition and paid to attorney prior to filing petition<br>3. Expenses reimbursed prepetition<br>4. Balance in retainer after deduction of prepetition compensation and expenses<br>5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $<br>$<br>$<br>$ 0.00<br>$ |
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 2,630.00 |

Dated:_____                                  /s/ Paul D. Murphy-Ahles
                                                                            Attorney for Debtor