```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 19-04392-HWV
Lynn H. Stoneroad                                                        Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: DaneishaD          Page 1 of 1              Date Rcvd: Nov 27, 2019
                             Form ID: ntnew341        Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
```
db             +Lynn H. Stoneroad,    312 Market Street,    Highspire, PA 17034-1401
5257346         Capital Tax Collection Bureau,    PO Box 60547,    Harrisburg, PA 17106-0547
5257349        +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
5257353         Penn Credit Corporation,    2800 Commerce Drive,    PO Box 69703,    Harrisburg, PA 17106-9703
5257354        +Powell Inc.,    1 Fisher Street,    Halifax, PA 17032-8845
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5257345        +E-mail/Text: rperez@arcadiarecovery.com Nov 27 2019 19:28:39      Arcadia Recovery Bureau,
                 645 Penn Street, 4th Floor,    Reading, PA 19601-3559
5257347        +E-mail/Text: convergent@ebn.phinsolutions.com Nov 27 2019 19:28:44
                 Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
5269648         E-mail/Text: camanagement@mtb.com Nov 27 2019 19:28:26      M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
5257350        +E-mail/Text: camanagement@mtb.com Nov 27 2019 19:28:26      M&T Bank,
                 Attn: Legal Document Processing,    626 Commerce Drive,    Amherst, NY 14228-2391
5257351        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 27 2019 19:28:34      Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    PO Box 939069,    San Diego, CA 92193-9069
5257352        +E-mail/Text: Bankruptcies@nragroup.com Nov 27 2019 19:28:52      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5257355         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 19:37:29
                 PRA Receivables Management, LLC,    d/b/a Portfolio Recovery Associates,    PO Box 41067,
                 Norfolk, VA 23541-1067
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5257348       ##+Eastern Account System,    75 Glen Road, Suite 310,    Sandy Hook, CT 06482-1175
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Lynn H. Stoneroad pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lynn H. Stoneroad,   Chapter 13

**Debtor 1**

Case No.   1:19−bk−04392−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 19, 2019<br>Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 27, 2019 |

ntnew341 (04/18)