```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-04392-HWV
Lynn H. Stoneroad                                                         Chapter 13
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: DaneishaD            Page 1 of 1              Date Rcvd: Dec 23, 2019
                              Form ID: ntcnfhrg          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Lynn H. Stoneroad,    312 Market Street,    Highspire, PA 17034-1401
5257346         Capital Tax Collection Bureau,    PO Box 60547,    Harrisburg, PA 17106-0547
5257349        +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
5257353         Penn Credit Corporation,    2800 Commerce Drive,    PO Box 69703,    Harrisburg, PA 17106-9703
5257354        +Powell Inc.,   1 Fisher Street,    Halifax, PA 17032-8845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5257345        +E-mail/Text: rperez@arcadiarecovery.com Dec 23 2019 19:52:48     Arcadia Recovery Bureau,
                 645 Penn Street, 4th Floor,    Reading, PA 19601-3559
5257347        +E-mail/Text: convergent@ebn.phinsolutions.com Dec 23 2019 19:52:58
                 Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
5269648         E-mail/Text: camanagement@mtb.com Dec 23 2019 19:52:16     M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
5257350        +E-mail/Text: camanagement@mtb.com Dec 23 2019 19:52:16     M&T Bank,
                 Attn: Legal Document Processing,    626 Commerce Drive,    Amherst, NY 14228-2391
5257351        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 23 2019 19:52:40     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    PO Box 939069,   San Diego, CA 92193-9069
5281300        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 23 2019 19:52:40     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
5257352        +E-mail/Text: Bankruptcies@nragroup.com Dec 23 2019 19:53:14     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
5257355         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 23 2019 19:50:29
                 PRA Receivables Management, LLC,    d/b/a Portfolio Recovery Associates,    PO Box 41067,
                 Norfolk, VA 23541-1067
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5257348       ##+Eastern Account System,   75 Glen Road, Suite 310,   Sandy Hook, CT 06482-1175
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Lynn H. Stoneroad pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA ||
| In re:<br><br>Lynn H. Stoneroad,<br>      **Debtor 1** | Chapter      13<br><br>Case No.      1:19–bk–04392–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 22, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 23, 2019 |

ntcnfhrg (03/18)