**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Lynn H. Stoneroad<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:19-BK-04392-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| FROM: | TO: |
|:---:|:---:|
| Powell Inc.<br>1 Fisher Street<br>Halifax, PA 17043-8845 | Powell Inc.<br>UNABLE TO LOCATE<br>GOOD ADDRESS |

Date: January 3, 2020

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*