**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Lynn H. Stoneroad<br>**Debtor 1**<br><br>M&T Bank<br>**Movant(s)**<br>v.<br>Lynn H. Stoneroad<br><br>**Respondent(s)**<br>Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:19-BK-04392-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 30 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Lynn H. Stoneroad, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

7. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

8. Paragraph 8 contains a conclusion of law to which no response is required.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averments as stated in Paragraph 9; therefore, they are denied.

10. Paragraph 10 contains a conclusion of law to which no response is required.

Case 1:19-bk-04392-HWV    Doc 32    Filed 06/25/20    Entered 06/25/20 16:44:35    Desc
Main Document    Page 1 of 3

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                                             Respectfully submitted,
                                                             **DETHLEFS PYKOSH & MURPHY**

Dated: June 25, 2020                                          /s/ Paul D. Murphy-Ahles
                                                                            _____
                                                                            Paul D. Murphy-Ahles, Esquire
                                                                            PA ID No. 201207
                                                                            2132 Market Street
                                                                            Camp Hill, PA 17011
                                                                            (717) 975-9446
                                                                            pmurphy@dplglaw.com
                                                                            *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

|  |  |
|---|---|
| Lynn H. Stoneroad<br>**Debtor 1**<br><br>M&T Bank<br>**Movant(s)**<br>v.<br>Lynn H. Stoneroad<br><br>**Respondent(s)**<br>Charles J. DeHart, III, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:19-BK-04392-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 30 |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, June 25, 2020, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

James Warmbrodt, Esquire
KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Movant(s)*

Charles J. DeHart, III, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene
_____
Kathryn S. Greene, Pa.C.P., Paralegal for
Paul D. Murphy-Ahles, Esquire