United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                        Case No. 19-04392-HWV
Lynn H. Stoneroad                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 2
Date Rcvd: Dec 13, 2022                      Form ID: fnldecnd                      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lynn H. Stoneroad, 312 Market Street, Highspire, PA 17034-1401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5257345 | + Email/Text: rperez@arcadiarecovery.com | Dec 13 2022 18:39:00 | Arcadia Recovery Bureau, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 5257347 | + Email/Text: convergent@ebn.phinsolutions.com | Dec 13 2022 18:39:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 5257348 | ^ MEBN | Dec 13 2022 18:34:41 | Eastern Account System, 75 Glen Road, Suite 310, Sandy Hook, CT 06482-1175 |
| 5257349 | ^ MEBN | Dec 13 2022 18:34:42 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5269648 | Email/Text: camanagement@mtb.com | Dec 13 2022 18:38:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5257350 | + Email/Text: camanagement@mtb.com | Dec 13 2022 18:38:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5257351 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2022 18:39:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5281300 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 13 2022 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5257352 | + Email/Text: Bankruptcies@nragroup.com | Dec 13 2022 18:39:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5257353 | Email/Text: bankruptcies@penncredit.com | Dec 13 2022 18:38:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg, PA 17106-9703 |
| 5257355 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 18:41:08 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5257354 | | Powell Inc., Removed per entry 27 |
| 5257346 | ## | Capital Tax Collection Bureau, PO Box 60547, Harrisburg, PA 17106-0547 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Lynn H. Stoneroad pmurphy@dplglaw.com  kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lynn H. Stoneroad,            Chapter      13

**Debtor 1**

Case No.      1:19−bk−04392−HWV

Social Security No.:
           xxx−xx−2904

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Lynn H. Stoneroad** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 13, 2022

**fnldec** (01/22)